**Renée E. Rothauge**, OSB #903712
ReneeRothauge@markowitzherbold.com
MARKOWITZ HERBOLD PC
Suite 3000, Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204-3730
Telephone: (503) 295-3085
Fax: (503) 323-9105

*Attorneys for Defendant Intel Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **FEREYDUN TABAIAN and AHMAD ASHRAFZADEH**, | Case No.: 3:18-cv-0326-HZ |
| Plaintiffs, | **DEFENDANT INTEL CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| v. | |
| **INTEL CORPORATION,** | |
| Defendant. | |

### CERTIFICATE OF COMPLIANCE

Pursuant to LR 7-1(a), counsel for defendant Intel Corporation certify that they conferred with Plaintiffs by telephone conference on March 5, 2018, and Plaintiffs do not oppose this motion.

### MOTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Intel Corporation respectfully moves to extend the time to respond to Plaintiffs' Complaint until April 16, 2018.

## ARGUMENT

Federal Rule of Civil Procedure 6 provides that a court may extend the time for a party to act for "good cause." Fed. R. Civ. P. 6(b)(1); *see also* LR 16-3. Intel Corporation was served with the Complaint on February 24, 2018. The deadline for its response is March 19, 2018. However, defendant Intel Corporation respectfully requests a 30-day extension, through and including April 16, 2018, within which to respond to the Complaint, so that it may gather the information necessary to respond to the Complaint.

This motion is filed in good faith and not for any improper purpose or undue delay.

## CONCLUSION

Intel Corporation respectfully requests that the Court extend its time to respond to Plaintiffs' Complaint until April 16, 2018.

DATED this 7th day of March, 2018.

                MARKOWITZ HERBOLD PC

                By:   */s/ Renée E. Rothauge*
                        Renée E. Rothauge, OSB #903712
                        (503) 295-3085
                        Of Attorneys for Defendant Intel Corporation

TABA\703401