Renée E. Rothauge, OSB #903712
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, Oregon 97204-3730
Telephone: (503) 295-3085
Fax: (503) 323-9105
reneerothauge@markowitzherbold.com

Michael J. Summersgill (*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com

Todd C. Zubler (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
todd.zubler@wilmerhale.com

*Attorneys for Defendant and Counterclaim Plaintiff Intel Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| **FEREYDUN TABAIAN and AHMAD ASHRAFZADEH**, <br><br>  Plaintiffs, <br><br> v. <br><br> **INTEL CORPORATION,** <br><br>  Defendant. | Case No.: 3:18-cv-326-HZ <br><br> **DEFENDANT INTEL CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Page 1 -   DEFENDANT INTEL CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Intel Corporation states that: (1) it has no parent corporation, and (b) no publicly-held company owns 10% or more of its stock.

DATED this 19th day of April 2018.

                MARKOWITZ HERBOLD PC

By: */s/ Renée E. Rothauge*
Renée E. Rothauge, OSB #903712
(503) 295-3085

WILMER CUTLER PICKERING HALE AND DORR LLP
Michael J. Summersgill (*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
Todd C. Zubler (*pro hac vice*)

*Attorneys for Defendant and Counterclaim Plaintiff Intel Corporation*

721321

**Page 2 -** DEFENDANT INTEL CORPORATION'S CORPORATE DISCLOSURE STATEMENT