Jeffrey S. Love, OSB No. 873987
John D. Vandenberg, OSB No. 893755
Mark W. Wilson, OSB No. 091596
KLARQUIST SPARKMAN LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
P:  503.595.5300
jeffrey.love@klarquist.com
john.vandenberg@klarquist.com
mark.wilson@klarquist.com

Howard L. Close, Texas Bar No. 04406500
Kathleen S. Rose, Texas Bar No. 00798473
Ronald L. Flack, Jr., Texas Bar No. 24095655
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
P:  713.572.4321
close@wrightclosebarger.com
rose@wrightclosebarger.com
flack@wrightclosebarger.com

[Additional counsel listed on following page]

Attorneys for
FEREYDUN TABAIAN and AHMAD ASHRAFZADEH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| FEREYDUN TABAIAN and AHMAD ASHRAFZADEH,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No.: 3:18-cv-0326-HZ<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO INTEL'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |

Richard N. Laminack, Texas Bar No. 11850350
LAMINACK, PIRTLE & MARTINES
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006
T: 713-292-2750
rickl@lpm-triallaw.com

Luke Motley IV, Texas Bar No. 14595960
LAW OFFICES OF LUKE MOTLEY, IV PC
111 S. Travis Street
Sherman, TX 75090
T: 903-892-9133
lmotley4@motleypc.com

Attorneys for
FEREYDUN TABAIAN and AHMAD ASHRAFZADEH

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7-1(a), counsel for Plaintiffs Fereydun Tabaian and Ahmad Ashrafzadeh certify that they conferred with counsel for Defendant Intel Corporation via e-mail on April 27, 2018, and Defendant does not oppose this motion.

## MOTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiffs Fereydun Tabaian and Ahmad Ashrafzadeh respectfully move to extend the time to respond to Intel Corporation's Answer, Affirmative Defenses and Counterclaims to Complaint for Patent Infringement until May 25, 2018. The current deadline is May 7, 2018.

## ARGUMENT

Federal Rule of Civil Procedure 6 provides that a court may extend the time for a party to act for "good cause." Fed. R. Civ. P. 6(b)(1); *see also* LR 16-3. Plaintiffs Fereydun Tabaian and Ahmad Ashrafzadeh were served with the Answer and Counterclaims on April 16, 2018. The deadline for a response is May 7, 2018.

Plaintiffs Fereydun Tabaian and Ahmad Ashrafzadeh respectfully request a 2 1/2-week extension, through and including May 25, 2018, within which to respond to the Answer and Counterclaims, so that they may gather the information necessary to respond to the Answer and Counterclaims and discuss certain matters with Intel's counsel before filing any motion with this Court.

This motion is filed in good faith and not for any improper purpose or undue delay.

## CONCLUSION

Plaintiffs Fereydun Tabaian and Ahmad Ashrafzadeh respectfully request that the Court extend their time to respond to Intel Corporation's Answer, Affirmative Defenses and Counterclaims to Complaint for Patent Infringement until May 25, 2018.

PLAINTIFFS' MOTION FOR EXTENSION TO RESPOND TO INTEL CORPORATION'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

DATED this 1st day of May, 2018.

                Respectfully Submitted,

                By: */s/ Jeffrey S. Love*
                Jeffrey S. Love, OSB No. 873987
                John D. Vandenberg, OSB No. 893755
                Mark W. Wilson, OSB No. 091596
                KLARQUIST SPARKMAN, LLP

                Howard L. Close
                Kathleen S. Rose
                Ronald L. Flack, Jr.
                WRIGHT CLOSE & BARGER, LLP

                Richard N. Laminack
                LAMINACK, PIRTLE & MARTINES

                Luke Motley IV
                LAW OFFICES OF LUKE MOTLEY, IV PC

## **CERTIFICATE OF CONFERENCE**

I certify that defendant Intel does not oppose this motion.

                */s/ Kathleen S. Rose*
                Kathleen S. Rose

## **CERTIFICATE OF SERVICE**

I certify that this document is being served on all counsel of record through the Court's ECF system.

                */s/ Kathleen S. Rose*
                Kathleen S. Rose