Jeffrey S. Love, OSB No. 873987
John D. Vandenberg, OSB No. 893755
Mark W. Wilson, OSB No. 091596
KLARQUIST SPARKMAN LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
T:  503.595.5300
jeffrey.love@klarquist.com
john.vandenberg@klarquist.com
mark.wilson@klarquist.com

Howard L. Close, Texas Bar No. 04406500
Kathleen S. Rose, Texas Bar No. 00798473
Ronald L. Flack, Jr., Texas Bar No. 24095655
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
TP:  713.572.4321
close@wrightclosebarger.com
rose@wrightclosebarger.com
flack@wrightclosebarger.com

[Additional counsel listed on following page]

Attorneys for
FEREYDUN TABAIAN and AHMAD ASHRAFZADEH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| FEREYDUN TABAIAN and AHMAD ASHRAFZADEH,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No.: 3:18-cv-0326-HZ<br><br>**UNOPPOSED STIPULATED MOTION EXTENDING DUE DATE FOR JOINT RULE 26(f) REPORT AND PROPOSED DISCOVERY PLAN** |

1 -   UNOPPOSED STIPULATED MOTION EXTENDING DUE DATE FOR JOINT
      RULE 26(f) REPORT AND PROPOSED DISCOVERY PLAN

Richard N. Laminack, Texas Bar No. 11850350
LAMINACK, PIRTLE & MARTINES
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006
T: 713-292-2750
rickl@lpm-triallaw.com

Luke Motley IV, Texas Bar No. 14595960
LAW OFFICES OF LUKE MOTLEY, IV PC
111 S. Travis Street
Sherman, TX 75090
T: 903-892-9133
lmotley4@motleypc.com

Attorneys for
FEREYDUN TABAIAN and AHMAD ASHRAFZADEH

Renée E. Rothauge, OSB #903712
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, Oregon 97204-3730
Telephone: (503) 295-3085
Fax: (503) 323-9105
reneerothauge@markowitzherbold.com

Michael J. Summersgill ((*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com

Todd C. Zubler (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
todd.zubler@wilmerhale.com

Attorneys for
Defendant and Counterclaim Plaintiff INTEL CORPORATION

# LOCAL RULE 7-1 CERTIFICATION

Pursuant to Local Rule 7-1(a), counsel for defendant Intel Corporation conferred with counsel for plaintiffs regarding this motion, and all parties stipulate to the filing of this motion.

# MOTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the parties respectfully move to extend the time for submitting the Joint Rule 26(f) Report and Proposed Discovery Plan to and including June 6, 2018.

DATED this 25th day of May, 2018.

Respectfully Submitted,

By: */s/ Jeffrey S. Love*
Jeffrey S. Love, OSB No. 873987
John D. Vandenberg, OSB No. 893755
Mark W. Wilson, OSB No. 091596
KLARQUIST SPARKMAN, LLP

Howard L. Close
Kathleen S. Rose
Ronald L. Flack, Jr.
WRIGHT CLOSE & BARGER, LLP

Richard N. Laminack
LAMINACK, PIRTLE & MARTINES

Luke Motley IV
LAW OFFICES OF LUKE MOTLEY, IV PC

*Attorneys for Plaintiffs FEREYDUN TABAIAN and AHMAD ASHRAFZADEH*

By: */s/ Renée E. Rothauge*
Renée E. Rothauge, OSB #903712
MARKOWITZ HERBOLD PC

Michael J. Summersgill ((*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
Todd C. Zubler (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP

*Attorneys for Defendant and Counterclaim Plaintiff INTEL CORPORATION*

3 -   UNOPPOSED STIPULATED MOTION EXTENDING DUE DATE FOR JOINT RULE 26(f) REPORT AND PROPOSED DISCOVERY PLAN