


Jeffrey S. Love, OSB No. 873987
John D. Vandenberg, OSB No. 893755
KLARQUIST SPARKMAN LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
T: 503-595-5300
jeffrey.love@klarquist.com
john.vandenberg@klarquist.com

Howard L. Close, *pro hac vice*
Kathleen S. Rose, *pro hac vice*
Ronnie Flack, Jr., *pro hac vice*
Patrick B. McAndrew, *pro hac vice*
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
T: 713-572-4321
close@wrightclose.com
rose@wrightclose.com
flack@wrightclose.com
mcandrew@wrightclosebarger.com

[Additional counsel listed on following page]

Attorneys for
FEREYDUN TABAIAN and AHMAD ASHRAFZADEH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| FEREYDUN TABAIAN and AHMAD ASHRAFZADEH,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No.: 3:18-cv-0326-HZ<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL MARK W. WILSON** |

Richard N. Laminack, Texas Bar No. 11850350 (*pro hac vice*)
LAMINACK, PIRTLE & MARTINES
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006
T:  713-292-2750
rickl@lpm-triallaw.com

Luke Motley IV, Texas Bar No. 14595960 (*pro hac vice*)
LAW OFFICES OF LUKE MOTLEY, IV PC
111 S. Travis Street
Sherman, TX 75090
T:  903-892-9133
lmotley4@motleypc.com

Attorneys for Plaintiffs
FEREYDUN TABAIAN and AHMAD ASHRAFZADEH

Please take notice that pursuant to Local Rule 83-11(b), notice is provided of the withdrawal of Mark W. Wilson of Klarquist Sparkman, LLP as counsel for plaintiffs. Jeffrey S. Love and John D. Vandenberg of Klarquist Sparkman, LLP will continue to serve as counsel for plaintiffs in addition to co-counsel listed on the caption pages of this notice. All future correspondence and papers in this action should continue to be directed to them.

Respectfully Submitted,

January 28, 2019

By: *s/ Mark W. Wilson*
   Jeffrey S. Love, OSB No. 873987
   John D. Vandenberg, OSB No. 893755
   Mark W. Wilson, OSB No. 091596
   KLARQUIST SPARKMAN, LLP

   Howard L. Close, *pro hac vice*
   Kathleen S. Rose, *pro hac vice*
   Ronnie Flack, Jr., *pro hac vice*
   Patrick B. McAndrew, *pro hac vice*
   WRIGHT, CLOSE & BARGER, LLP

   Richard N. Laminack, *pro hac vice*
   LAMINACK, PIRTLE & MARTINES

   Luke Motley IV, *pro hac vice*
   LAW OFFICES OF LUKE MOTLEY, IV PC

   *Attorneys for Plaintiffs*
   FEREYDUN TABAIAN
   and AHMAD ASHRAFZADEH