# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. District Court Case No.: 3:18-cv-00326-HZ | 2. Short Case Title: Tabaian et al. v. Intel Corporation |
|---|---|
| 3. Court of Appeals Case No.: | 4. ☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention. |

| 5. NAME (Party Ordering Recording/Transcript): Renee Rothauge | 6. PHONE NUMBER: (503) 295-3085 | 7. DATE: 03/20/2019 |
|---|---|---|
| 8. MAILING ADDRESS: 1211 SW 5th Ave., Suite 3000 | 9. CITY: Portland | 10. STATE: OR / 11. ZIP: 97204 |

**12. ORDER FOR:** ☐ PLAINTIFF NAME: _____   ☑ DEFENDANT NAME: Intel Corporation
☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL  ☑ CIVIL  ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ **13. RECORDING REQUESTED:** Specify portion(s) and date(s) of proceedings(s).
Note: PAYMENT: Financial arrangements must be made with the Clerk's Office before recording is prepared. Copy cost: $31 for each proceeding. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
|  |  |  |

☐ **14. TRANSCRIPT REQUESTED:** Specify portion(s) and date(s) of proceedings(s). Financial arrangements must be made before transcript is prepared. Transcriber will contact party. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| Intel's Motion to Compel Plaintiffs to Identify Infringement Theories They Intend to Pursue | 3/20/19 | Hernandez |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | **PAPER** | **ELECTRONIC** | **SPECIFY** |
| **ORDINARY:** To be delivered within 30 days after receipt of an order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **3-DAY TRANSCRIPT:** To be delivered within 3 calendar days after receipt of an order. | $5.45 per page | $1.05 per page | $.75 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☑ E-mail | ☑ ASCII ☑ PDF ☐ Other |
| **EXPEDITED**: To be delivered within 7 days after receipt of an order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **DAILY:** Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **14-DAY TRANSCRIPT**: To be delivered within 14 days calendar after receipt of an order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **HOURLY**: to be delivered within 2 hours after receipt of the order. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |

**15. DISTRIBUTION:** This form should be electronically filed. Notice will automatically be distributed to court reporters and all parties.

Revised 3/30/2018 (eo)