Renée E. Rothauge, OSB #903712
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, Oregon 97204-3730
Telephone: (503) 295-3085
Fax: (503) 323-9105
reneerothauge@markowitzherbold.com

Michael J. Summersgill (*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com

Todd C. Zubler (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
todd.zubler@wilmerhale.com

Arthur W. Coviello (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6069
Fax: (650) 858-6100
arthur.coviello@wilmerhale.com

*Attorneys for Defendant and Counterclaim Plaintiff Intel Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| **FEREYDUN TABAIAN and AHMAD ASHRAFZADEH**, <br><br> Plaintiffs, <br><br> v. <br><br> **INTEL CORPORATION,** <br><br> Defendant. | Case No.: 3:18-cv-0326-HZ <br><br> **NOTICE OF CHANGE OF ADDRESS** |

Renée E. Rothauge, attorney for Intel Corporation, gives notice of change of address.

<u>Effective July 29, 2019</u>, all future pleadings, documents, correspondence, notices, and other papers should be sent to the following address:

> Renée E. Rothauge
> Markowitz Herbold PC
> 1455 SW Broadway, Suite 1900
> Portland, OR  97201
> ReneeRothauge@MarkowitzHerbold.com

**Page 1 -   NOTICE OF CHANGE OF ADDRESS**

DATED this 25th day of July, 2019.

                        MARKOWITZ HERBOLD PC

By: *s/Renée E. Rothauge*
Renée E. Rothauge, OSB #903712
ReneeRothauge@MarkowitzHerbold.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Michael J. Summersgill (*pro hac vice*)
Todd C. Zubler (*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
Arthur W. Coviello (*pro hac vice*)

*Attorneys for Defendant and Counterclaim Plaintiff Intel Corporation*

889047

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2019, I have made service of the foregoing **NOTICE OF CHANGE OF ADDRESS** on the party/ies listed below in the manner indicated:

| | |
|---|---|
| Jeffrey S. Love<br>John D. Vandenberg<br>James E. Geringer<br>KLARQUIST SPARKMAN LLP<br>One World Trade Center<br>121 SW Salmon Street, Suite 1600<br>Portland, OR  97204 | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email:  jeffrey.love@klarquist.com<br>            john.vandenberg@klarquist.com<br>            james.geringer@klarquist.com<br>☐ Electronically via USDC EM/ECF system |
| Howard L. Close<br>J. Andrew Love<br>Patrick B. McAndrew<br>Ronald L. Flack, Jr<br>WRIGHT CLOSE & BARGER, LLP<br>One Riverway, Suite 2200<br>Houston, TX  77056 | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email:  close@wrightclosebarger.com<br>            love@wrightclosebarger.com<br>            mcandrew@wrightclosebarger.com<br>            flack@wrightclosebarger.com<br>☐ Electronically via USDC EM/ECF system |
| Richard N. Laminack<br>LAMINACK, PIRTLE & MARTINES<br>5020 Montrose Blvd., 9th Floor<br>Houston, TX  77006 | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email:  rickl@lpm-triallaw.com<br>☐ Electronically via USDC EM/ECF system |
| Luke Motley IV<br>LAW OFFICES OF LUKE<br>MOTLEY, IV PC<br>111 South Travis Street<br>Sherman, TX  75090 | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☒ Email:  lmotley4@motleypc.com<br>☐ Electronically via USDC EM/ECF system |

DATED this 25th day of July, 2019.

*s/Renée E. Rothauge*
Renée E. Rothauge, OSB #903712
RenéeRothauge@MarkowitzHerbold.com
Attorney for Defendant and Counterclaim Plaintiff
Intel Corporation

**CERTIFICATE OF SERVICE**