Jeffrey S. Love, OSB No. 873987
John D. Vandenberg, OSB No. 893755
James E. Geringer, OSB No. 951783
James G. DeRouin, OSB No. 190418
KLARQUIST SPARKMAN LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
T:  503.595.5300
jeffrey.love@klarquist.com
john.vandenberg@klarquist.com
james.geringer@klarquist.com
james.derouin@klarquist.com

Howard L. Close, Texas Bar No. 04406500
J. Andrew Love, Texas Bar No. 24007571
Patrick B. McAndrew, Texas Bar No. 24042596
Ronald L. Flack, Jr., Texas Bar No. 24095655
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
T:  713.572.4321
close@wrightclosebarger.com
love@wrightclosebarger.com
mcandrew@wrightclosebarger.com
flack@wrightclosebarger.com

[Additional counsel listed on following page]
Attorneys for FEREYDUN TABAIAN and AHMAD ASHRAFZADEH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| FEREYDUN TABAIAN and AHMAD ASHRAFZADEH,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No.: 3:18-cv-0326-HZ<br><br>**PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF SCHEDULING CONFERENCE SET FOR OCTOBER 3** |

PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF SCHEDULING
CONFERENCE SET FOR OCTOBER 3 — 1

Richard N. Laminack, Texas Bar No. 11850350
LAMINACK, PIRTLE & MARTINES
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006
T: 713-292-2750
rickl@lpm-triallaw.com

Luke Motley IV, Texas Bar No. 14595960
LAW OFFICES OF LUKE MOTLEY, IV PC
111 S. Travis Street
Sherman, TX 75090
T: 903-892-9133
lmotley4@motleypc.com

Attorneys for
FEREYDUN TABAIAN and AHMAD ASHRAFZADEH

Renée E. Rothauge, OSB #903712
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, Oregon 97204-3730
Telephone: (503) 295-3085
Fax: (503) 323-9105
reneerothauge@markowitzherbold.com

Michael J. Summersgill ((*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com

Todd C. Zubler (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
todd.zubler@wilmerhale.com

Attorneys for
Defendant and Counterclaim Plaintiff INTEL CORPORATION

PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF SCHEDULING CONFERENCE SET FOR OCTOBER 3 — 2

Plaintiffs Fereydun Tabaian and Ahmad Ashrafzadeh, by and through their attorneys of record, present this Unopposed Request for Extension of the Scheduling Conference set for October 3 and show as follows:

**<u>Plaintiffs request additional time to evaluate this Court's Claim Construction</u>**

This Court issued its Claim Construction Opinion ("Opinion") on September 10, 2019. In the time that has followed, Plaintiffs have worked diligently in evaluating the result of that Opinion on the current infringement contentions, the feasibility of amending the infringement contentions and supporting pleadings, and evaluating claims by Intel of its intent to seek attorneys' fees and costs under 35 U.S.C. §285 and *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 572 U.S. 545 (2014).

Plaintiffs request, and Intel does not oppose, rescheduling the hearing for one week later (approximately October 10) or a date after that which is amenable to this Court with the parties' proposed schedule to be submitted three days prior to the new hearing date.

DATED this 26th day of September, 2019.

Respectfully Submitted,

By: */s/ Howard L. Close*
Jeffrey S. Love, OSB No. 873987
John D. Vandenberg, OSB No. 893755
James E. Geringer, OSB No. 951783
James G. DeRouin, OSB No. 190418
KLARQUIST SPARKMAN, LLP

Howard L. Close
J. Andrew Love
Patrick B. McAndrew
Ronald L. Flack, Jr.
WRIGHT CLOSE & BARGER, LLP

>Richard N. Laminack
>LAMINACK, PIRTLE & MARTINES
>Luke Motley IV
>LAW OFFICES OF LUKE MOTLEY, IV PC
>
>*Attorneys for Plaintiffs FEREYDUN TABAIAN and AHMAD ASHRAFZADEH*

## CERTIFICATE OF SERVICE

I certify that this document is being served on all counsel of record through the Court's ECF system.

>*/s/ Patrick B. McAndrew*
>Patrick B. McAndrew