Jeffrey S. Love, OSB No. 873987
John D. Vandenberg, OSB No. 893755
James E. Geringer, OSB No. 951783
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
T:  503-595-5300
jeffrey.love@klarquist.com
john.vandenberg@klarquist.com
james.geringer@klarquist.com

Howard L. Close (*pro hac vice*)
Ronnie Flack, Jr. (*pro hac vice*)
Patrick B. McAndrew (*pro hac vice*)
J. Andrew Love (*pro hac vice*)
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
713-572-4321
close@wrightclose.com
flack@wrightclose.com
mcandrew@wrightclosebarger.com
love@wrightclosebarger.com

*Additional Counsel Listed Below*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **FEREYDUN TABAIAN and AHMAD ASHRAFZADEH**, | Case No.: 3:18-cv-0326-HZ |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | |
| **INTEL CORPORATION,** | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through undersigned counsel, hereby stipulate and agree to dismissal with prejudice of Plaintiffs

**Page 1 -**       **STIPULATION OF DISMISSAL**

Fereydun Tabaian and Ahmad Ashrafzadeh's claims against Defendant Intel Corporation, and to dismissal without prejudice of Defendant Intel Corporation's counterclaims against Plaintiffs. The parties further agree to waive any right to appeal or otherwise move for relief from this Stipulation.  Each party shall bear its own costs and attorneys' fees with respect to the action.

DATED: October 10, 2019

*s/Howard L. Close*
Jeffrey S. Love, OSB No. 873987
John D. Vandenberg, OSB No. 893755
James E. Geringer, OSB No. 951783
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
503-595-5300
jeffrey.love@klarquist.com
john.vandenberg@klarquist.com
james.geringer@klarquist.com

Howard L. Close (*pro hac vice*)
J. Andrew Love (*pro hac vice*)
Patrick B. McAndrew (*pro hac vice*)
Ronnie Flack, Jr. (*pro hac vice*)
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
713-572-4321
close@ wrightclosebarger.com
love@wrightclosebarger.com
mcandrew@wrightclosebarger.com
flack@ wrightclosebarger.com

Richard N. Laminack (*pro hac vice*)
LAMINACK, PIRTLE & MARTINES
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006
713-292-2750
rickl@lpm-triallaw.com

Luke Motley IV (*pro hac vice*)
LAW OFFICES OF LUKE MOTLEY, IV PC
111 S. Travis Street
Sherman, TX 75090
903-892-9133
lmotley4@motleypc.com

*Attorneys for Plaintiffs and Counterclaim Defendants Fereydun Tabaian and Ahmad Ashrafzadeh*

*s/Renée E.Rothauge*
Renée E. Rothauge, OSB No. 903712
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
(503) 295-3085
reneerothauge@markowitzherbold.com

Michael J. Summersgill (*pro hac vice*)
Jordan L. Hirsch (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com

Todd C. Zubler (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000
todd.zubler@wilmerhale.com

Arthur W. Coviello (*pro hac vice)*
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6069
arthur.coviello@wilmerhale.com

*Attorneys for Defendant and Counterclaim Plaintiff Intel Corporation*

TABA\919607

Page 2 -            STIPULATION OF DISMISSAL

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2019, I have made service of the foregoing **STIPULATION OF DISMISSAL** on the party/ies listed below in the manner indicated:

Jeffrey S. Love
John D. Vandenberg
James E. Geringer
KLARQUIST SPARKMAN LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR  97204

- ☐ U.S. Mail
- ☐ Facsimile
- ☐ Hand Delivery
- ☐ Overnight Courier
- ☒ Email:  jeffrey.love@klarquist.com
          john.vandenberg@klarquist.com
          james.geringer@klarquist.com
- ☒ Electronically via USDC EM/ECF system

Howard L. Close
J. Andrew Love
Kathleen S. Rose
Ronald L. Flack, Jr
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, TX  77056

- ☐ U.S. Mail
- ☐ Facsimile
- ☐ Hand Delivery
- ☐ Overnight Courier
- ☒ Email:  close@wrightclosebarger.com
          love@wrightclosebarger.com
          rose@wrightclosebarger.com
          flack@wrightclosebarger.com
- ☒ Electronically via USDC EM/ECF system

Richard N. Laminack
LAMINACK, PIRTLE & MARTINES
5020 Montrose Blvd., 9th Floor
Houston, TX  77006

- ☐ U.S. Mail
- ☐ Facsimile
- ☐ Hand Delivery
- ☐ Overnight Courier
- ☒ Email:  rickl@lpm-triallaw.com
- ☒ Electronically via USDC EM/ECF system

Luke Motley IV
LAW OFFICES OF LUKE MOTLEY, IV PC
111 South Travis Street
Sherman, TX  75090

- ☐ U.S. Mail
- ☐ Facsimile
- ☐ Hand Delivery
- ☐ Overnight Courier
- ☒ Email:  lmotley4@motleypc.com
- ☒ Electronically via USDC EM/ECF system

DATED this 10th day of October, 2019.

*s/Renée E. Rothauge*
Renée E. Rothauge, OSB #903712
*Attorneys for Defendant and Counterclaim Plaintiff Intel Corporation*

**CERTIFICATE OF SERVICE**