IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FEREYDUN TABAIAN and AHMAD            No. 3:18-cv-00326-HZ
ASHRAFZADEH,

         Plaintiffs,

   v.

INTEL CORPORATION,                    JUDGMENT

         Defendant.

HERNANDEZ, District Judge:

      Based on the October 10, 2019 Stipulation of Dismissal, ECF 172,

      IT IS ORDERED AND ADJUDGED that all claims and counterclaims in this action are

dismissed with prejudice.


Dated this _15_ day of _Oct_____, 2019


_____
     Marco A. Hernandez
     United States District Judge


1 - JUDGMENT